IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02677-WYD-MJW

SONYA C. ROBISON,

    Plaintiff,

v.

LITTON LOAN SERVICING, L.P.;
DEUTSCHE BANK NATIONAL TRUST COMPANY, a/k/a DEUTSCHE BANK TRUST COMPANY AMERICAS, as TRUSTEE FOR THE HOLDERS OF FINANCE AMERICA MORTGAGE LOAN TRUST 2003-1;
ASSET BACKED CERTIFICATES, SERIES 2003-1;
FINANCE AMERICA, LLC, d/b/a FinAm, LLC and its SUCCESSORS AND ASSIGNS;
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.;
JOHN OR JANE DOES 1-1000, Unknown Investors;
JOHN ROES 1-20, Undisclosed Mortgage Aggregators, Mortgage Originators, Loan Sellers, Trustees of Pooled Assets, and/or Trustees for Holders of Certificates of Collateralized Mortgage Obligations;
PUBLIC TRUSTEE OF EL PASO COUNTY; and
all Unknown Persons Who Claim Any Interest in the Subject Matter of this Action,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Defendants' Motion for Summary Judgment, filed March 30, 2010 [#15] is **STRICKEN** with leave to refile in compliance with Judge Daniel's Practice Standards, specifically section III.B.3. The exhibits need not be resubmitted.

    Dated: March 30, 2010