IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 09-cv-02677-WYD-MJW

SONYA C. ROBISON,

    Plaintiff,

v.

LITTON LOAN SERVICING, L.P.;
DEUTSCHE BANK NATIONAL TRUST COMPANY, a/k/a DEUTSCHE BANK TRUST COMPANY AMERICAS, as TRUSTEE FOR THE HOLDERS OF FINANCE AMERICA MORTGAGE LOAN TRUST 2003-1;
ASSET BACKED CERTIFICATES, SERIES 2003-1;
FINANCE AMERICA, LLC, d/b/a FinAm, LLC and its SUCCESSORS AND ASSIGNS;
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.;
JOHN OR JANE DOES 1-1000, Unknown Investors;
JOHN ROES 1-20, Undisclosed Mortgage Aggregators, Mortgage Originators, Loan Sellers, Trustees of Pooled Assets, and/or Trustees for Holders of Certificates of Collateralized Mortgage Obligations;
PUBLIC TRUSTEE OF EL PASO COUNTY; and
all Unknown Persons Who Claim Any Interest in the Subject Matter of this Action,

    Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that Plaintiff's Motion for Two Week Extension of Time to File Expert Disclosure (docket no. 26) is GRANTED. Plaintiff shall have up to and including April 29, 2010, to file her expert disclosures.

    It is FURTHER ORDERED that Defendants' Motion for a Protective Order Staying Discovery (docket no. 21) is DENIED. Here, the court finds that Defendants have failed to demonstrate any real hardship or inequity if a stay is not granted. Ben Ezra, Weinstein, & Co. v. America Online Inc., 206 F.3d 980, 987 (10th Cir. 2000). Furthermore, a stay of all discovery is generally disfavored in this District. Chavez v. Young Am. Ins. Co., No 06-2419, 2007 U.S. Dist. LEXIS 15054, 2007 WL 683973 (D. Colo. Mar. 2, 2007).

Dated: April 16, 2010