IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02677-WYD-MJW

SONYA C. ROBISON,

       Plaintiff,

v.

LITTON LOAN SERVICING, L.P.; DEUTSCHE BANK NATIONAL TRUST COMPANY,
a/k/a DEUTSCHE BANK TRUST COMPANY AMERICAS as TRUSTEE FOR THE
HOLDERS OF FINANCE AMERICA MORTGAGE LOAN TRUST 2003-1, ASSET BACKED
CERTIFICATES, SERIES 2003-1; FINANCE AMERICA, LLC, d/b/a FinAm, LLC and its
SUCCESSORS AND ASSIGNS; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS,
INC.; PUBLIC TRUSTEE OF EL PASO COUNTY; and All Unknown Persons Who Claim Any
Interest in the Subject Matter of this Action,

       Defendants.

---

## UNOPPOSED MOTION TO SUBSTITUTE COUNSEL OF RECORD
## AND WITHDRAW COUNSEL OF RECORD

---

Defendants Litton Loan Servicing, L.P.; Deutsche Bank National Trust Company, a/k/a

Deutsche Bank Trust Company Americas as Trustee for the Holders of Finance America

Mortgage Loan Trust 2003-1, Asset Backed Certificates, Series 2003-1; Finance America, LLC,

d/b/a FinAm, LLC and its Successors and Assigns; and Mortgage Electronic Registration

Systems, Inc. (collectively "Defendants") respectfully submit this unopposed motion to

substitute counsel of record and withdraw counsel of record.

Local Rule 7.1(A) Certification

    1.     Pursuant to Local Rule 7.1(A), incoming counsel for Defendants has conferred

with Steven Brunette and Robert Jones, counsel for Plaintiff, concerning this Motion.  Plaintiff

*DEN 97,557,444v2*

does not oppose this motion, provided it does not interfere with existing deadlines. Defendants do not believe this substitution will impact the pending trial or pre-trial deadlines.

Factual Basis

2.    Peter Brian Mullison, Beverly L. Edwards, and E. Dwight Taylor, from the law firm Edwards & Taylor, LLC request to withdraw as counsel of record for Defendants.

3.    Jeffrey M. Lippa, from the law firm Greenberg Traurig, LLP, request that this Court substitute him as counsel of record. His contact information is as follows:

> Jeffrey M. Lippa
> Greenberg Traurig, LLP
> 1200 17th Street, Suite 2400
> Denver, Coloraod  80202
> Telephone: 303-572-6500
> Facsimile: 303-572-6540
> E-mail: LippaJ@gtlaw.com

WHEREFORE, Defendants respectfully move this court to substitute Jeffrey M. Lippa as counsel of record and withdraw Peter Brian Mullison, Beverly L. Edwards, and E. Dwight Taylor as counsel of record.

Respectfully submitted this 18th day of August, 2011.

GREENBERG TRAURIG LLP

By:    s/ Jeffrey M. Lippa
JEFFREY M. LIPPA, COSB No. 36835
1200 17th Street, Suite 2400
Denver, Colorado 80202
Tel:  (303) 572-6500 / Fax:  (303) 572-6540
E-mail:  LippaJ@gtlaw.com

**ATTORNEYS FOR DEFENDANTS**

**And**

EDWARDS & TAYLOR LLC

By:
s/ E. Dwight Taylor
E. Dwight Taylor, COSB No.
2851 South Park Road, Suite 1200
Aurora, Colorado  80014
Tel: (303) 750-2303 / Fax: (303) 752-0946
E-mail: dtaylor@et-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of August, 2011, a true and accurate copy of the above and foregoing **UNOPPOSED MOTION TO SUBSTITUTE COUNSEL OF RECORD AND WITHDRAW COUNSEL OF RECORD** was electronically filed with the Clerk of Court using the CM/ECF system which sent notification via email upon:

Donald Robert Jones, Esq.
D. Robert Jones, P.C.
1310 West El Paso Street
Fort Worth, TX 76102

Stephen Allen Brunette, Esq.
Brunette Law
128 South Tejon Street
Suite 100
Colorado Springs, CO 80903

E. Dwight Taylor, Esq.
Edwards & Taylor, LLC
2851 South Park Road, Suite 1200
Aurora, Colorado 80014

James Robert Moriarty, Esq.
Moriarty Leyendecker Erben, P.C.
1123 Spruce Street, Suite 200
Boulder, CO 80302

Peter Brian Mullison
Edwards & Taylor, LLC
2851 South Parker Road
Suite 1200
Aurora, CO 80014

GREENBERG TRAURIG LLP

*s/ Heather Bernier*
Heather Bernier
1200 17th Street, Suite 2400
Denver, Colorado 80202
Telephone: 303-572-6500
Facsimile: 303-572-6540
E-mail: BernierH@gtlaw.com