IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02677-WYD-MJW

SONYA C. ROBISON,

    Plaintiff,

v.

LITTON LOAN SERVICING, L.P.; DEUTSCHE BANK NATIONAL TRUST COMPANY, a/k/a DEUTSCHE BANK TRUST COMPANY AMERICAS as TRUSTEE FOR THE HOLDERS OF FINANCE AMERICA MORTGAGE LOAN TRUST 2003-1, ASSET BACKED CERTIFICATES, SERIES 2003-1; FINANCE AMERICA, LLC, d/b/a FinAm, LLC and its SUCCESSORS AND ASSIGNS; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; PUBLIC TRUSTEE OF EL PASO COUNTY; and All Unknown Persons Who Claim Any Interest in the Subject Matter of this Action,

    Defendants.

---

## ORDER GRANTING UNOPPOSED MOTION TO SUBSTITUTE COUNSEL OF RECORD AND WITHDRAW COUNSEL OF RECORD
( Docket # 70 )

THIS COURT, having considered Defendants Litton Loan Servicing, L.P.; Deutsche Bank National Trust Company, a/k/a Deutsche Bank Trust Company Americas as Trustee for the Holders of Finance America Mortgage Loan Trust 2003-1, Asset Backed Certificates, Series 2003-1; Finance America, LLC, d/b/a FinAm, LLC and its Successors and Assigns; and Mortgage Electronic Registration Systems, Inc.'s unopposed motion to substitute counsel of record and withdraw counsel of record; and FINDING the motion meritorious;

HEREBY GRANTS the motion; and

ORDERS the Clerk to substitute Jeffrey M. Lippa of GREENBERG TRAURIG, LLP as counsel of record and withdraw Beverly L. Edwards, E. Dwight Taylor, and Peter Brian Mullison of EDWARDS AND TAYLOR, LLC as counsel of record.

09-CV-02677-WYD-MJW

DATED this 19th day of August 2011.

BY THE COURT:

*/s/ Michael J. Watanabe*

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO